IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.141.73.10

**ISP:** Comcast Cable Holdings, LLC
**Physical Location:** Wenonah, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/11/2018 16:18:27 | 233AE9AA3624545A9484255939C08FA6B809B05E | Simply Perfect |
| 02/11/2018 16:13:50 | D7D90BB91E51F8CD326EC5388C0B652FA9CBAFD9 | Purely Passionate |
| 02/11/2018 16:11:58 | E9B3F020F65BBD3963D8FB2184CF8327F40E6DE1 | X Marks The Spot |
| 02/11/2018 16:09:23 | DD70C5B69386201AAB1E08B8C244F0FF4085C24D | Sex With A Mermaid |
| 09/16/2017 09:43:05 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 09/09/2017 15:27:22 | 980B4FD30EA5274083D8465D794408EE6C33E3CF | I Cook Naked |
| 07/22/2017 15:44:53 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

CNJ716