# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JOHN DOE subscriber assigned IP address 69.141.73.10,

        Defendant.

Case No. 1:18-cv-10579-RMB-KMW

## ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until November 19, 2018, to effectuate service of a summons and Amended Complaint upon John Doe Defendant.

SO ORDERED this 12th day of September, 2018.

By: _____
UNITED STATES MAGISTRATE JUDGE

1